# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KELLY GAUTIER

VERSUS

DR. KIMBERLY HODGE AND NORTH
OAKS MEDICAL CENTER

NO.  2024 CW 0380

**JULY 1, 2024**

---

In Re:    Kelly Gautier, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          20230001369.

---

BEFORE:   **THERIOT, PENZATO, AND LANIER, JJ.**

    **WRIT GRANTED WITH ORDER.** The district court's February 27, 2024 judgment, which granted the exceptions of prescription filed by defendants and dismissed plaintiff's claims with prejudice is a final, appealable judgment. Therefore, the writ is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to plaintiff, Kelly Gautier, pursuant to the pleading that notified the district court of plaintiff's intention to seek writs. See **In re Howard,** 541 So.2d 195, 197 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

                    **MRT**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT